1

2

3

4

5

6

7

8                           IN THE UNITED STATES DISTRICT COURT

9                        FOR THE EASTERN DISTRICT OF CALIFORNIA

10   CHARLES JOHNSON Jr.,

11            Petitioner,                        No. 2:09-cv-1455 WBS KJN P

12        vs.

13   JAMES WALKER,

14            Respondent.                        ORDER

15   _____/

16            Petitioner, is a state prisoner proceeding without counsel, with a petition for writ

17   of habeas corpus pursuant to 28 U.S.C. § 2254.  On February 16, 2010, respondent filed a motion

18   to dismiss the petition as untimely.  More than thirty days have passed since the motion to

19   dismiss was filed and plaintiff has failed to file an opposition.  Plaintiff will be granted 14 days

20   from the date of service of this order to file an opposition.  Failure to file an opposition will

21   result in a recommendation that this action be dismissed.

22            In accordance with the above, IT IS HEREBY ORDERED that petitioner file an

23   ////

24   ////

25   ////

26   ////

1

1  opposition to respondent's motion to dismiss within 14 days of the date of service of this order.

2  Failure to file an opposition will result in a recommendation that this action be dismissed.

3  DATED:  April 6, 2010

4

5  _____

6  KENDALL J. NEWMAN
   UNITED STATES MAGISTRATE JUDGE

7  john1455.ord

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26